[No. 17942–3–II.    Division Two.    June 7, 1996.]

ROGER HANSON, *Respondent*, v. SCHOENFELD'S
FURNITURE, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 91–2–02296–3, Arthur W.Verharen, J. entered
December 30, 1993. *Affirmed* by unpublished opinion per
Houghton, A.C.J., concurred in by Bridgewater and
Turner, JJ.

[No. 17975–0–II.    Division Two.    June 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
TANN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 93–1–02281–8, Bruce Cohoe, J., entered Janu-
ary 24, 1994. *Affirmed* by unpublished opinion per Bridge-
water, J., concurred in by Seinfeld, C.J., and Morgan, J.

[Nos. 18000–6–II; 18154–1–II;   Division Two.   June 7, 1996.]
   18229–7–II.

MICHAEL HENSEL, *Appellant*, v. DEPARTMENT OF
FISHERIES, *Respondent.*

DEAN C. NIELSEN, *Appellant*, v. DEPARTMENT OF
FISHERIES, *Respondent.*

L. JOE SCHREINER, *Appellant*, v. DEPARTMENT OF
FISHERIES, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90–2–02373–4, Paula Casey, J., entered
January 20, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Seinfeld, C.J., and Bridge-
water, J. Now published at 82 Wn. App. 521.